# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

     VS                                  CASE NO.  3:07cr60LAC

ONIEL WILLIAMS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  June 19, 2007

Motion/Pleadings: MOTION TO SUPPRESS EVIDENCE

Filed by  DEFENDANT       on  6/19/2007       Doc.# 38

RESPONSES:

BY GOVERNMENT       on 6/18/07       Doc.# 37

                               on       Doc.#

_____ Stipulated      _____ Joint Pldg.

_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                    Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 1st day of November, 2007, that:*

*(a) The relief requested is **DENIED.   MOOT**.*

*(b) Motion withdrawn.  Defendant entered plea.*

*s/L. A. Collier*

***LACEY A. COLLIER***
***Senior United States District Judge***

```
Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```

Document No.